# MOTION DOCKET

**95–782 and 95–784.** In re Estate of Cross. *Cuyahoga County*, No. 66503. On motion to participate in oral argument and to file additional authorities. Motion denied.

DOUGLAS, J., would grant the motion to participate only.

PFEIFER, J., dissents.

**95–953.** White v. Clinton Cty. Bd. of Commrs. *Clinton County*, No. CA94–08–020. On motion to participate in oral argument.

MOYER, C.J., F.E. SWEENEY and COOK, JJ., would deny.

DOUGLAS, RESNICK and PFEIFER, JJ., would grant.

WRIGHT, J., not participating.

The motion fails for want of four votes.

**95–1060.** State v. Allard. *Knox County*, No. 937. On motion for appointment of special prosecutor. Motion denied.

DOUGLAS, J., would grant and order payment from the prosecuting attorney's budget.

**95–1447.** Zalud Oldsmobile Pontiac, Inc. v. Tracy. Board of Tax Appeals, No. 94–M–24. On request for argument before full court. Request granted.

COOK, J., dissents.

WRIGHT, J., not participating.

*Sua sponte,* cause consolidated with 95–1690, *Jack Schmidt Lease, Inc. v. Tracy,* Board of Tax Appeals, No. 94–M–13.

WRIGHT, J., not participating.

**95–2228.** State v. Mitchell. *Cuyahoga County*, No. 56575. On motion to withdraw notice of appeal and memorandum in support of jurisdiction. Motion granted.

**95–2369.** State v. Eason. *Cuyahoga County*, No. 66060. On motion for leave to file delayed appeal by Elroy Eason. Motion granted.

F.E. SWEENEY and COOK, JJ., dissent.

**95–2370.** State v. Anderson. *Cuyahoga County*, No. 66544. On motion for leave to file delayed appeal. Motion granted.

WRIGHT, F.E. SWEENEY and COOK, JJ., dissent.

**95–2380.** State v. Green. *Hamilton County*, No. C–950506. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and DOUGLAS, J., dissent.

**95–2381.** State v. Howard. *Cuyahoga County*, No. 69435. On motion for leave to file delayed appeal. Motion granted.

RESNICK, F.E. SWEENEY and COOK, JJ., dissent.

**95–2383.** State v. McGee. *Lorain County*, No. 94CA006011. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and DOUGLAS, J., dissent.

**95–2406.** State v. Alexander. *Muskingum County*, Nos. CA–9134 and CA–9135. On motion for leave to file delayed appeal. Motion denied.

**95–2413.** State v. Schofield. *Lucas County*, No. L–94–020. On motion for leave to file delayed appeal. Motion granted.

WRIGHT and F.E. SWEENEY, JJ., dissent.

RESNICK, J., not participating.